IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on January 8, 2016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| EVENS ALSAINT, | : | VIOLATIONS: |
| also known as "Chief," | : | |
| | : | 18 U.S.C. § 1203(a) |
| Defendant. | : | (Conspiracy to Commit Hostage Taking) |
| | : | |
| | : | 18 U.S.C. § 1203(a) and 2 |
| | : | (Hostage Taking; Aiding and Abetting |
| | : | and Causing an Act to be Done) |
| | : | |
| | : | 18 U.S.C. § 924(c)(1) and 2 |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm During a Crime of Violence; |
| | : | Aiding and Abetting and Causing an Act |
| | : | to be Done) |

# INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Mafhalda Erie was a citizen of the United States.

2. Defendant **EVENS ALSAINT**, also known as "Chief," was a citizen of Haiti.

3. All events alleged in this Indictment took place within the country of Haiti, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

## THE CONSPIRACY

## COUNT ONE

4. Beginning on or about May 23, 2012, and continuing through on or about May 26, 2012, defendant **EVENS ALSAINT**, also known as "Chief," did knowingly conspire and agree with individuals whose identities are known and unknown to the Grand Jury, to seize and detain and threaten to kill, to injure, and to continue to detain Mafhalda Erie, in order to compel a third person to pay ransom for the release of Mafhalda Erie, as an explicit and implicit condition for the release of Mafhalda Erie.

### Object of the Conspiracy

5. The object of the conspiracy was to obtain money belonging to Mafhalda Erie and to the relatives and friends of Mafhalda Erie.

### Manner and Means of the Conspiracy

6. Members of the conspiracy kidnapped Mafhalda Erie and held her as a hostage, while demanding payment of ransom from Mafhalda Erie's relatives and friends in exchange for her release.

### Overt Acts

7. In furtherance of the conspiracy, and to accomplish the object thereof, defendant **EVENS ALSAINT**, also known as "Chief," and others known and unknown to the Grand Jury committed or caused to be committed the following overt acts, among others:

    a. On or about May 23, 2012, defendant **EVENS ALSAINT**, also known as "Chief," together with conspirators known and unknown to the Grand Jury, broke into Mafhalda Erie's home in Haiti in the middle of the night.

      b.      On or about May 23, 2012, defendant **EVENS ALSAINT**, also known as "Chief," together with conspirators known and unknown to the Grand Jury, forced Mafhalda Erie to leave her home, at gunpoint.

      c.      On or about May 23, 2012, through on or about May 26, 2012, defendant **EVENS ALSAINT**, also known as "Chief," together with conspirators known and unknown to the Grand Jury, forced Mafhalda Erie to stay in a building, while restrained with rope, against her will.

      d.      On or about May 23, 2012, through on or about May 26, 2012, defendant **EVENS ALSAINT**, also known as "Chief," together with conspirators known and unknown to the Grand Jury, negotiated a ransom payment in exchange for Mafhalda Erie's release from captivity.

      e.      On or about May 23, 2012, defendant **EVENS ALSAINT**, also known as "Chief," together with conspirators known and unknown to the Grand Jury, collected a ransom payment of approximately $10,000 U.S. dollars.

(**Conspiracy to Commit Hostage Taking**, in violation of Title 18, United States Code, Section 1203(a)).

## COUNT TWO

1.      Paragraphs 1 through 3 of this Indictment is hereby re-alleged as if fully set forth herein and are incorporated by reference.

2.      From on or about May 23, 2012 through on or about May 26, 2012, defendant **EVENS ALSAINT**, also known as "Chief," together with conspirators known and unknown to the Grand Jury, did knowingly seize and detain and threaten to kill, to injure, and to continue to

detain Mafhalda Erie, in order to compel a third person to pay ransom for the release of Mafhalda Erie, as an explicit and implicit condition for the release of Mafhalda Erie.

(**Hostage Taking and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Sections 1203(a) and 2).

### COUNT THREE

1. Counts One and Two of this Indictment are hereby re-alleged as if fully set forth herein and are incorporated by reference.

2. From on or about May 23, 2012 through on or about May 26, 2012, defendant **EVENS ALSAINT**, also known as "Chief," together with conspirators known and unknown to the Grand Jury, did unlawfully use, and carry during and in relation to, and possess in furtherance of, a crime of violence for which they may be prosecuted in a Court of the United States, that is, Conspiracy to Commit Hostage Taking and Hostage Taking, in violation of Title 18, United States Code, Section 1203, as set forth in Counts One and Two of this Indictment, a firearm, that is a pistol.

(**Using, Carrying, and Possessing a Firearm During a Crime of Violence and Aiding and Abetting and Causing an Act to be Done,** in violation of Title 18, United States Code, Sections 924(c)(1) and 2).

A TRUE BILL

FOREPERSON

JESSIE K. LIU
Attorney of the United States in
and for the District of Columbia

4